

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00335-CR

_____

MARK DAVID JOSEPH, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. 1859081

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

Pursuant to a charge bargain, Appellant Mark David Joseph pleaded guilty to felony driving while intoxicated, *see* Tex. Penal Code Ann. § 49.09(b), and the trial court assessed his punishment at seven years' confinement. Appellant attempts to appeal his conviction. But the trial court signed a certification of Appellant's right to appeal—which Appellant also signed—stating that this criminal case "is a plea-bargain case, and the defendant has NO right of appeal."

After receiving Appellant's notice of appeal, we notified him that we had received the trial court's certification. We warned him that the appeal could be dismissed unless he or another party filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response.

Thus, in accordance with the trial court's certification, we dismiss Appellant's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Hatfield v. State*, No. 02-24-00330-CR, 2025 WL 568526, at *1 (Tex. App.—Fort Worth Feb. 20, 2025, no pet.) (per curiam) (mem. op., not designated for publication).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  October 16, 2025

2